# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID UNGAR** and **LISA UNGAR,**
Appellants,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D20-1361

[October 14, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502015CA013412XXXXMB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, and Vyacheslav Borshchukov of Vyacheslav Borshchukov, P.A., Fort Lauderdale, for appellants.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, and Christopher L. Kirwan and Nicole E. Jacomo of Kirwan Spellacy & Danner, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***